UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESCO Advisors, LLC | Case No. 3:17-cv-02021-AWT |
| Plaintiff | |
| v. | |
| Eligo Energy, LLC,<br>VIR Technologies, LLC,<br>I2R Holdings, LLC,<br>Mark Friedgan, and<br>Alex Goldstein | |
| Defendants | |

## NOTICE OF DIMISSAL

**NOTICE IS HEREBY GIVEN THAT**, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A), the within proceeding is dismissed without prejudice.

DATED: January 29, 2018                ESCO Advisors, LLC

                                       By:    */s/ Gary J. Greene*_____
                                              Gary J. Greene, Esq. (ct09039)
                                              Greene Law, P.C.
                                              11 Talcott Notch Rd.
                                              Farmington, CT 06032
                                              860.676.1336 (t)
                                              860.676.2250 (f)
                                              Its Attorney
                                              ggreene@greenelawpc.com

## Certification of Service

Plaintiff hereby certifies that a copy of the foregoing was e-mailed on this 29th day of January, 2018 to the following:

James Thompson, Esq. (Counsel for Defendants)
Lynch Thompson LLP
jthompson@lynchthompson.com

                                                               By:    */s/ Gary J. Greene*
                                                                         Gary J. Greene, Esq. (ct09039)
                                                                         Greene Law, P.C.
                                                                         11 Talcott Notch Rd.
                                                                         Farmington, CT 06032
                                                                         860.676.1336 (t)
                                                                         860.676.2250 (f)
                                                                         Its Attorney
                                                                         ggreene@greenelawpc.com